**Opinion issued December 19, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00466-CV

———————————

## PATRICK COX, Appellant

## V.

## LIBERTY INSURANCE UNDERWRITERS, INC., Appellee

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2010-77634-A

## MEMORANDUM OPINION

This appeal was abated pending the parties' performance of a settlement

agreement and the filing of an agreed motion to dismiss. Appellant, Patrick Cox,

subsequently filed an agreed motion to dismiss this appeal. No opinion has issued in

this appeal. We reinstate the appeal, grant the motion, and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.